395 P.3d 1241

STATE of Hawai'i, Plaintiff-Appellee,

v.

Benjamin EDUWENSUYI,
Defendant-Appellant.

NO. CAAP-16-0000558

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 9, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (HONOLULU DIVISION) (CASE NO. 1DTA-16-00425)

SUMMARY DISPOSITION ORDER

Affirm.

395 P.3d 1241

STATE of Hawai'i, Plaintiff-Appellee,

v.

Emyrose WELLE, Defendant-Appellant.

NO. CAAP-16-0000594

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 9, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CASE NO. 3DTA-15-03558)

SUMMARY DISPOSITION ORDER

Vacate. And remand.

395 P.3d 1241

Christina K. CLARKE, Petitioner-Appellant,

v.

Kona WONG, Respondent-Appellee.

NO. CAAP-16-0000500

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 14, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT (FC-DA NO. 16-1-0084)

SUMMARY DISPOSITION ORDER

Affirmed.